**No. 67868.**—Pacific Asiatic Company *v.* United States, protest 62/2901 (Honolulu).

Opinion by RAO, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, JUNE 26, 1963

**No. 67869.**—Don H. Stremmel, agent for TV Interamericana *v.* United States, protest 62/14270 (Tampa).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel, it was held that "2,000 feet film negative" are free of duty under paragraph 1615, as amended; "3,000 feet sound track" are dutiable at 1 cent per linear foot under said paragraph 1551, as amended; and the remainder (3,000 feet) is properly assessed at 3 cents per linear foot, as claimed.

BEFORE THE SECOND DIVISION, JUNE 26, 1963

**No. 67870.**—Rohner Gehrig & Co., Inc., and Graber Mfg. Co., Inc., et al. *v.* United States, protests 62/12722, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of brass pole rings similar in all material respects to those the subject of *Kroder Reubel Co., Inc., et al.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiffs was sustained.